**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6757**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAYMOND EDWARD GILL,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:86-cr-00011-GLR-1)

_____

Submitted:  November 17, 2022                    Decided:  November 23, 2022

_____

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Raymond Edward Gill, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Raymond Edward Gill filed a notice of appeal in the underlying criminal action after filing two motions for a writ of error coram nobis and a motion to amend the aforementioned motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Review of the district court docket confirms that the district court has not yet ruled on the pending motions. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*